UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                CASE NO.: 2:23-CR-23-SPC-KCD

BRANDON ALBANITO

---

**ORDER OF FORFEITURE AND PRELIMINARY ORDER OF FORFEITURE FOR SUBSTITUTE ASSET**

Before the Court is the United States' Motion for an Order of Forfeiture and Preliminary Order of Forfeiture of Substitute Asset. (Doc. 75). Now that Defendant has been adjudicated guilty, the Government seeks an order forfeiture for **$97,146.95**. It also seeks a preliminary order forfeiting a Breitling SuperOcean Automatic 48 wristwatch (SN: E1736924111S1) as a substitute asset in partial satisfaction of the $97,146.95. In so moving, the Government has connected the $97,146.95 to the adjudicated offense. The Court thus grants the motion. *See* 18 U.S.C. § 982; Fed. R. Crim. P. 32.2(b)(2) & (e)(1)(B).

Accordingly, it is

**ORDERED**:

The United States' Motion for an Order of Forfeiture and Preliminary Order of Forfeiture of Substitute Asset (Doc. 75) is **GRANTED**.

1. Defendant is subject to an order of forfeiture for **$97,146.95**.

2. Because Defendant dissipated the $97,146.95 in proceeds, the United States may seek, as a substitute asset, forfeiture of any of Defendant's property up to the value of $97,146.95, including but not limited to, the Breitling SuperOcean Automatic 48 wristwatch (SN: E1736924111S1).

3. This Order will become a final order of forfeiture as to Defendant.

4. Jurisdiction is retained to the extent necessary to complete the forfeiture and disposition of the asset.

**DONE AND ORDERED** in Fort Myers, Florida on October 3, 2023.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record