UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:23-cr-23-SPC-KCD

BRANDON ALBANITO

## FINAL ORDER OF FORFEITURE

Before the Court is the United States' Motion for Final Order of Forfeiture. (Doc. 96). The Government seeks to have forfeited **the Breitling SuperOcean Automatic 48 wristwatch (SN: E1736924111S1) in partial satisfaction of the defendant's $97,146.95 order of forfeiture.** The Court entered a preliminary order of forfeiture for the identified asset on October 3, 2023, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1). (Doc. 78).

Although the Government gave proper notice, no third parties have petitioned for the **Breitling SuperOcean Automatic 48 wristwatch (SN: E1736924111S1)**, and the time to do so has expired. The Court thus finds that all right, title, and interest in the **Breitling SuperOcean Automatic 48 wristwatch (SN: E1736924111S1)** shall be forfeited to the Government.

Accordingly, it is now

**ORDERED:**

The United States' Motion for Final Order of Forfeiture (Doc. 96) is **GRANTED**.

1. Defendant's interest in the **Breitling SuperOcean Automatic 48 wristwatch (SN: E1736924111S1)** is **CONDEMNED** and **FORFEITED** to the United States for disposition according to law and subject to 21 U.S.C. § 853(n)(7), and Federal Rule of Criminal Procedure 32.2(c)(2).

2. Clear title to the Assets is now **VESTED** in the United States.

3. The net proceeds from the forfeited asset will be credited towards the partial satisfaction of the defendant's Order of Forfeiture.

**DONE AND ORDERED** in Fort Myers, Florida on December 22, 2023.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record